64,532-05

Texas Court of Criminal Appeals

RECEIVED IN
COURT OF CRIMINAL APPEALS

AUG 11 2015

Abel Acosta, Clerk

Mr. Abel Acosta - Clerk

Ref. Keith L. Carter
#1122236
Ct. No. W2-64-532-05

Dear Clerk:

Petitioner normally gets a white card notifying him that you are in recipt of documents to be presented to the Honorable Court, but in this instance petitioner has not recieved such notice, but the T.D.C.J. - I.D. mail room on Polunsky Unit has notified petitioner that said petition filed by Appellant was in fact mailed to your office and since the trial Court document that were supposed to have been served upon me were also lost in your court. Though it would be prudent if I were to keep track of these documents in hopes that they to do not get lost and I lose my chance to get a fair hearing. Please check into this and let me know if and when a hearing has been set for the presentation of my petition before the Honorable Court.

Thank you for your time and consideration in this matter:

Respectfully
Keith L. Carter # 1122236
3872 F.M. 350 S. "Polunsky"
Livingston, Texas 77351

Petition mailed to you on this 5TH. day of August 2015

c/c